## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,               )
                                        )
      Plaintiff,                  )
                                        )
vs.                                     )  CASE NO. 95-CR-108-B
                                        )
SHAWNA L. MARTIN,                       )
                                        )
      Defendant.                 )

**F I L E D**

JAN 2 4 2001

Phil Lombardi, Clerk
U.S. DISTRICT COURT

### RELEASE OF LIEN

The United States of America by Thomas Scott Woodward, United States Attorney for the Northern

District of Oklahoma, through Phil Pinnell, Assistant United States Attorney, states that on January 12, 1996, a

Criminal Judgment was rendered against Shawna L. Martin, in the amount of $4,031.00. A notice of lien based

thereon was filed on February 2, 1996, Pawnee County, Oklahoma, in Book 482 at Page 041.

The United States of America does hereby release the lien filed on February 2, 1996, in Book 482

at Page 041 against Shawna L. Martin.

DATED this ____ day of January, 2000.

UNITED STATES OF AMERICA
THOMAS SCOTT WOODWARD
United States Attorney

PHIL PINNELL, OBA #7169
Assistant United States Attorney
333 West 4th Street, Suite 3460
Tulsa, Oklahoma 74103
(918) 581-7463

### CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on the ____ day of January, 2000, a true and correct copy
of the foregoing was mailed, postage prepaid thereon, to:
    Shawna L. Martin
    P.O. Box 531
    Cleveland, OK 74020

Tiffany Harper
Financial Litigation Agent